FILED BY ___

05 NOV -7 PM 4:00

[Clerk stamp: CLERK, US DISTRICT COURT, WD OF TN, JACKSON]

# UNITED STATES DISTRICT COURT

## FOR THE

## WESTERN DISTRICT OF TENNESSEE

### ORDER OF PRODUCTION

**NO:** 1:03-10095-01-T

**USA v.** Bobby Dewayne Wilcox

**AD** Prosequendum

**FOR:** Re-Sentencing Hearing

**TO:** USM, Western District of TN
Warden, FCI Memphis, 1101 John A. Denie Rd., Memphis, TN 38134

YOU ARE HEREBY COMMANDED to have the person of **Bobby Dewayne Wilcox, Inmate # 19619-076,** by you restrained of his liberty, as it is said, by whatsoever names detained, together with the day and cause of his being taken and detained, before the Honorable James D. Todd, U. S. District Court Judge, for the Western District of Tennessee, at the room of said Court, in the **City of Jackson, Tennessee, at 8:45 a.m. on the 2th day of December, 2005**, then and there to do, submit to, and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ; further, to hold him in federal custody until disposition of this case and to produce him for such other appearances as this court may direct.

ENTERED THIS 7th DAY OF November, 20 05.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-15-05

(41)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 1:03-CR-10095 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT